UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-8550-DMG (JEMx)** | Date | January 3, 2018 |
| Title | *Siman Melamed v. Wells Fargo Bank, N.A., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER DENYING PLAINTIFF'S MOTION TO REMAND [11]**

On December 27, 2017, Plaintiff Siman Melamed filed a motion to remand this action to Ventura County Superior Court. [Doc. # 11.] The notice of motion does not contain a statement required by Local Rule 7-3 indicating that counsel conferred regarding the instant motion.[1]  *See* C.D. Cal. L.R. 7-3. The Court has the discretion to enforce the Local Rules of this District. *See Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing."). Accordingly, due to failure to comply with Local Rule 7-3, the Court **DENIES** Plaintiff's motion to remand without prejudice to refiling after compliance. The February 23, 2018 hearing is therefore **VACATED**.

**IT IS SO ORDERED.**

---

[1] The Court's CM/ECF system indicates that Doc. # 12 is another motion to remand that was filed by Plaintiff. Nonetheless, the filing is actually an index of exhibits offered to support the motion.