# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIMAN MELAMED, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National Association; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; US BANCORP D/B/A US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2006-1, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2006-1; and DOES 1 through 20, inclusive,<br><br>　　Defendants. | Case No.: CV 17-8550-DMG (JEMx)<br><br>**ORDER REMANDING ACTION TO STATE COURT [17]** |

On or about January 23, 2018, the Parties to the above-referenced action filed a Stipulation to Remand Action to State Court. The Court having reviewed the Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved, and the instant Action is to be immediately remanded back to state court, Los Angeles County Superior Court, State of California, Case Number LC106398;
2. The Clerk of the Court shall send a certified copy of the order to the clerk of the state court in which the action was originally filed;
3. Each of the Parties shall bear his/its own attorneys' fees and costs with respect to the removal and subsequent remand of the instant action; and
4. This Stipulation moots all pending motions and matters before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

**IT IS SO ORDERED.**

DATED: January 25, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE